# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED MAR 18 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Huff
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 3/14/2008
CASE NO.: 08cv0404 H (BLM)    DOCUMENT FILED BY: Plaintiff
CASE TITLE: Miller v. Kolender, et al
DOCUMENT ENTITLED: Supplemental Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| X |  | **Supplemental documents require court order** |
| ☐ |  | Default Judgment in sum certain includes calculated interest |

OTHER: Case termed on 3/11/08. Plaintiff must comply with Court's 3/11/08 order to reopen case.

Date forwarded: 3/17/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Huff

Dated: 3/17/08    By: ____/PSC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Re: 3:08-cv-00404-H-BLM

(Name) Charles Lamont Miller

(Address) 1173 Front Street

(City, State, Zip) San Diego, CA 92112

(CDC Inmate No.) 0091797


REJECTED

# United States District Court
## Southern District of California

Charles Lamont Miller,
(Enter full name of plaintiff in this action.)

                          Plaintiff,

  v.

William B. Kolender, Sheriff
F. Clamser, Capt.
J. Birdsong, Lt.
J. Lowe, Counselor, et al.,
(Enter full name of each defendant in this action.)

                         Defendant(s).

Civil Case No. _____
(To be supplied by Court Clerk)

(Supplemental)
Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, Charles
(print Plaintiff's name)
Lamont Miller, who presently resides at San Diego
(mailing address or place of confinement)
County Jail/Central Facility, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at San
Diego County Jail on (dates) 3/3/08, 12/14/07, and 2/16/08
(institution/place where violation occurred)   (Count 1)   (Count 2)   (Count 3)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev. 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1