# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED MAR 19 2008**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Huff
FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 3/17/2008
CASE NO.: 08cv0404 H (BLM)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Miller v. Kolender, et al
DOCUMENT ENTITLED: Plaintiff's Motion for Court to Take Judicial Notice...

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | **Missing time and date on motion and/or supporting documentation** |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: ~~Also~~ Case closed on 3/11/08 |

Date forwarded: 3/17/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Huff
Dated: 3/18/08
By: SR/PSU
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Documnent Discrepancy / Court Order]

In The United States District Court
Southern District of California
San Diego



Charles Lamont Miller

vs.                                Case No. 3:08-CV-00404-H-BLM

Sheriff William B. Kolender, et al.

Pro Se Plaintiff's motion for court
to take judicial notice of Attached
Case Law In Support of Plaintiff's First
Claim Stated in Complaint

Now comes pro se plaintiff, Charles Lamont
Miller, moving the honorable court to take
judicial notice of the attached United States
Supreme court case, when pointing to the the
PLRA screening process is being done, for
reasons stated in the accompaning memorandum.



Respectfully Submitted,

Charles L. Miller, Pro Se
#T91977
P.O. Box 122952
San Diego, CA 92112


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 98 10924