FILED
2008 MAR 25 AM 8:04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY __KM__ DEPUTY

NUNC PRO TUNC
MAR 18 2008

United States District Court
Southern District of California
San Diego

Charles Lamont Miller
vs.                                    Case No. 08-0404 H (BLM)
Sheriff William Kolender, et al.

Pro per Plaintiff's motion for Reconsideration,
Relief from Judgment of order (Doc. 3)
Denying motion and Dismissal

Now comes Plaintiff, Charles Lamont Miller, pro per moving the court for reconsideration / Relief from Judgment of order (Doc. 3), in the above-entitled action, for reasons stated in accompanying memorandum.

Respectfully submitted,

Charles L. Miller, pro per
# 77q1097
c/o P.O. Box 122952
San Diego, CA 92112

## Memorandum

When applying 28 U.S.C. 1915(g) the court <u>must</u> "conduct a <u>careful evaluation</u> of the <u>order dismissing action</u>, and other <u>relevant information</u>," <u>before</u> determining that the action" was dismissed because it was frivolous, malicious or <u>failed to state a claim</u>." Since "<u>not all unsuccessful cases qualify as a strike under 1915(g)</u>." (see page 2 line 28 of court's order (Doc. 3).

In this case the Plaintiff's 2001 case no. 01-1061 JM (NLS) (S.D. Cal. Aug. 29, 2001) Should not be considered as a strikable dismissed case for reasons stated as follows:

The 2001 case of the Plaintiff was filed in this court when Plaintiff was at the San Diego County Jail and in that case like this case Plaintiff sued defendant Kolender, et al., for racial segregated cellmate assignments made at the jail. e.g., whites with whites, blacks with blacks, and mexicans with mexicans, etc.

In 1995 an inmate Johnson filed a 42 U.S.C. 1983 action in federal court central district of California suing california prison officials for the same reason Plaintiff sued defendant Kolender in the 2001 case and in this case.

The court in light of the U.S. Supreme Court's ruling concerning the Johnson case should not have dismissed Plaintiff's racial segregation claim made in the 2001 case and therefore Plaintiff would not have 3 strikes warranting dismissal of this case for reasons determined. (See Johnson vs. California, et al., 543 U.S. 499; 125 S. Ct. 1141; 160 L. Ed. 2d (2005)).

The Plaintiff did not pursue an appeal of the 2001 case that was dismissed because for whatever reasons in 2001. Plaintiff did not receive the dismissal order to date. But that does not stop this court from conducting its careful evaluation of the order dismissing Plaintiff's 2001 case in light of and taking judicial notice of the aforementioned Johnson case which was filed in 1995 and dismissed and reversed by the supreme court in 2005.

(4)

For the foregoing reasons and in the best interests of justice the court should grant this motion and forthwith enter an order granting Plaintiff in forma pauperis status as requested and reinstate this case.

I declare under the penalty of perjury that the foregoing is true and correct. 3/14/08
Date

Charles L. Miller

## Certificate

I hereby certify that a certificate of service is not applicable at this time because no service of process issued and/or completed to date. Dated this 14th day of March, 2008.

Charles L. Miller, pro per