**FILED**

MAY 27 2008

*[Filed stamp: MAY 27 2008, CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, DEPUTY]*

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHARLES LAMONT MILLER,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>WILLIAM B. KOLENDER, Sheriff; et al.,<br><br>Defendants - Appellees. | No. 08-55627<br><br>D.C. No. 3:08-cv-00404-H-BLM<br>Southern District of California,<br>San Diego<br><br>ORDER |

On May 8, 2008, this court issued an order directing appellant to show cause why this appeal should not be dismissed because appellant had not paid the docketing and filing fees for this appeal.

On May 21, 2008, appellant filed a motion for additional to time to comply with the order to show cause. Appellant's request is granted.

Appellant shall, on or before June 13, 2008: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute.

CO/Pro Se

If appellant fails to comply with this order, the appeal will be dismissed automatically by the Clerk under Ninth Circuit Rule. 42-1.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

_____
Corina Orozco
Deputy Clerk
Local Rule 27-7

CO/Pro Se