# UNITED STATES DISTRICT COURT

FOR THE  SOUTHERN _____ DISTRICT OF  CALIFORNIA _____

### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____ U.S. District Court Case No. 3: 08-cv-404

Short Case Title ___ miller vs. Knowlos _____

(Include Name of Specific Defendants in Criminal Cases)    (Include defendant # in Criminal Cases)

Date Notice of Appeal Filed by Clerk of District Court ___ 4/1/08 _____

---

**SECTION A** — To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | **FILED** | Settlement Instructions |
| | JUL 1 6 2008 | Closing Arguments |
| | | Jury Instructions |
| | CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY | Pre-Trial Proceedings |
| | | Other (please specify) |

(attach additional page for designations if necessary)

(✓) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(  ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(  ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____

Type or Print Name _____

Signature of Attorney _____ Pro per ___ Phone Number  N/A _____

Address:  San Diego County Jail, 1173 Front St. San Diego 9201

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. District Court at (619) 557-6368.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**

(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.